UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

MALIBU MEDIA, LLC,

    Plaintiff,

v.

JOHN DOE subscriber assigned IP address 76.116.9.245,

    Defendant.

Civil Case No. 3:13-cv-02043-FLW-TJB

RECEIVED
SEP 26 2013
AT 8:30____M
WILLIAM T. WALSH CLERK

## ORDER ~~GRANTING~~ *Dismissing as Moot* PLAINTIFF'S FIRST MOTION FOR EXTENSION OF TIME WITHIN WHICH IT HAS TO SERVE DEFENDANT WITH A SUMMONS AND COMPLAINT

THIS CAUSE came before the Court upon Plaintiff's First Motion for Extension of Time Within Which It Has to Serve Defendant With a Summons And Complaint (the "Motion"), and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE: Plaintiff's Motion is ~~granted. Plaintiff~~ *dismissed as Moot* shall have until August 14, 2013 ~~to effectuate~~ service of a summons and Complaint on Defendant.

SO ORDERED this 26 day of September, 2013.

*[signature]*
USMJ

*[DE Number 7 is terminated]*