# PATRICK J. CERILLO, LLC

## ATTORNEY AT LAW

| | | |
|---|---|---|
| PATRICK J. CERILLO*, Esq.<br>JOHN P. CIONE, Esq.** Of Counsel<br>** Licensed in New York | 4 WALTER FORAN BLVD.<br>SUITE 402<br>FLEMINGTON, NJ 08822 | BASKING RIDGE OFFICE<br>88 SOUTH FINLEY AVENUE<br>BASKING RIDGE, NJ 07920 |
| Alla S. Fromm, Litigation Paralegal<br>afrommlaw@comcast.net<br>Christie P. Fay, Real Estate Paralegal<br>pjcrealestate@comcast.net<br>*Qualified Family Mediator per R. 1:40 | VOICE: (908) 284-0997<br>FAX: (908) 284-0915<br><br>EMAIL: pjcerillolaw@comcast.net | **REPLY TO:**<br>FLEMINGTON OFFICE |

October 8, 2013

*Sent By Fax Facsimile and E-Mail*
The Honorable Tonianne J. Bongiovanni, M.J.
Courtroom 6E
Clarkson S. Fisher Building & U.S. Courthouse
Trenton, NJ 08608

Re:   Malibu Media, LLC v. Flann Lippincott
        Docket No: 3:13-cv-02043-FLW-TJB

Dear Judge Bongiovanni:

I represent plaintiff in the above-referenced matter. We have a Scheduling Conference set for October 21, 2013, at 11:30 AM, before Your Honor.
Please be advised that I will be away on vacation from October 21, 2013 through October 24, 2013. Therefore, it is respectfully requested that the Scheduling Conference be adjourned. I have obtained defendant's consent to my request for adjournment. The parties have complied with the Scheduling Order and filed a Joint Proposed Discovery Plan.
I will await the Court's instructions. Thank you for your courtesies and attention to this matter.

Very truly yours,

Patrick J. Cerillo, Esquire

PJC/af
Cc:   Malibu Media, LLC
        Flann Lippincott  (by e-mail)